FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 2 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 21 CR 584 KWR |
| vs. | ) | 18 U.S.C. §§ 13, 1152 and |
| | ) | N.M.Stat.Ann. § 30-16-3B: Burglary. |
| **JEREMY ATENCIO** and **ORLANDO RODRIGUEZ**, | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about February 2, 2021, in Indian Country, in Santa Fe County, in the District of New Mexico, the defendants, **JEREMY ATENCIO** and **ORLANDO RODRIGUEZ**, non-Indians, entered a structure of an Indian, the Totavi Gas Station, without authorization, with the intent to commit a theft and felony therein.

In violation of 18 U.S.C. §§ 13, 1152 and N.M.Stat.Ann. 1978 § 30-16-3B.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney