AO 442 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 DEC 14 PM 2: 22

CLERK-ALBUQUERQUE

2021 APR 29 AM 11: 41

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>ORLANDO RODRIGUEZ<br><br>*Defendant* | )<br>)  Case No. 21cr584 KWR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ORLANDO RODRIGUEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 13, 1152 and N.M.Stat.Ann. 1978 § 30-16-3B: Burglary

Date: 04/22/2021

*Issuing officer's signature*

City and state: Albuquerque, NM

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/29/21 , and the person was arrested on *(date)* 12/14/21
at *(city and state)* Santa Fe, NM .

Date: 12/14/21

*Arresting officer's signature*

Simone H
*Printed name and title*

Subject picked up at Santa Fe County on Writ